UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JESSICA LITTLEFIELD, Individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 2:12-00382-NT |
| | ) |
| | ) |
| | ) |
| 164 MIDDLE STREET, LLC, | ) |
| A Maine Limited Liability Company | ) |
| | ) |
| Defendant. | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-entitled matter is dismissed with prejudice and without costs. So Stipulated:

Dated at Portland, Maine this 16th day of January, 2014.

/s/ Margaret Coughlin LePage, Esq.
Margaret Coughlin LePage, Esq.
Attorney for Defendant
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
Phone: 207-791-1100
mlepage@pierceatwood.com

Dated at Portland, Maine this 16th day of January, 2014.

/s/ Lynne Williams, Esq.
Lynne Williams, Esq.
Attorney for Plaintiff
13 Albert Meadow
Bar Harbor, ME 04609
Phone: 207-266-6327
lwilliamslaw@earthlink.net

{W4045617.1}

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I served Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedures 41(a)(1)(A)(ii) with the Clerk of Court using the CM/ECF System which will send notification of such filing(s) to the following:

>Lynne Williams, Esq.
>13 Albert Meadow
>Bar Harbor, ME  04609
>lwilliamslaw@earthlink.net

Dated:  January 16, 2014           /s/ Margaret Coughlin LePage, Esq.
                                                    Margaret Coughlin LePage, Esq.
                                                    Attorney for Defendant
                                                    Pierce Atwood LLP
                                                    Merrill's Wharf
                                                    254 Commercial Street
                                                    Portland, ME 04101
                                                    Phone:  207-791-1100
                                                    mlepage@pierceatwood.com

{W4045617.1}